# JONES DAY

NORTH POINT • 901 LAKESIDE AVENUE • CLEVELAND, OHIO 44114.1190

TELEPHONE: +1.216.586.3939 • JONESDAY.COM

Direct Number: (216) 586-7375
kmorrison@jonesday.com

.

October 16, 2023

VIA ECF

Hon. Gregory B. Williams
United States District Court for the District of Delaware
844 North King Street
Unit 26, Room 6124
Courtroom 6B
Wilmington, DE 19801-3555

Re:  *Cleveland-Cliffs Inc. v. Mesabi Metallics Co., LLC*,
 No. 23-cv-01082

Dear Judge Williams:

    Appellant Cleveland-Cliffs Inc. writes to inform the Court that, earlier today, the U.S. Court of Appeals for the Third Circuit granted both Cliffs' petition for a direct appeal in this matter and Cliffs' motion for a stay of the bankruptcy court's order pending that appeal. *Mesabi Metallics Co., LLC v. Cleveland-Cliffs Inc.*, No. 23-8043 (3d Cir. Oct. 16, 2023), D.I. 9-1. The Order entered by the Third Circuit was filed today in No. 23-cv-01082, D.I. 12. Accordingly, this appeal will move forward before the Third Circuit, and Cliffs' motion for a stay in this Court (D.I. 4) has become moot.

    Very truly yours,

    */s/ Kristin S.M. Morrison*

cc:  All counsel of record (via ECF)

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS
DETROIT • DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID
MELBOURNE • MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH
SAN DIEGO • SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON